UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA R. MARTINEZ,

    Plaintiff,                                                             Case No.: 8:13-cv-391-T-30-MAP

Vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

<u>PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES & COSTS</u>

COMES NOW, the Plaintiff, JESSICA R. MARTINEZ, by and through undersigned counsel, and files this Motion for Award of Attorney's Fees & Costs. In support of this Motion, the Plaintiff states the following:

1. This Court granted Final Default Judgment (Doc. 8) in this case on May 21, 2013.

2. In the Final Default Judgment, this Court retained jurisdiction on the issue of attorney's fees and costs, and allowed the undersigned fourteen (14) days to file a motion for attorney's fees and costs.

3. Plaintiff hereby seeks an award of reasonable attorney's fees in the amount of $1,965.00 and reasonable costs in the amount of $385.00, pursuant to 15 U.S.C. § 1692k(a)(3) and Fla. Stat. § 559.77(2).

4. Section 1692k(a)(3) of Title 15 of the United States Code provides that "any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of […] in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

5. Section 559.77(2) of the Florida Statutes provides that "[a]ny person who fails to comply with any provision of [Flat. Stat Section] 559.72 is liable for actual damages and for additional statutory damages as the court may allow, but not exceeding $1,000, together with *court costs and reasonable attorney's fees incurred by the plaintiff*." (Emphasis added).

6. In support of this Motion, the undersigned has attached time records evidencing the time spent by the undersigned and other members of the undersigned's law firm.

7. The undersigned HEREBY CERTIFIES that these time records are true and accurate representations of the time spent on this matter and that these entries were made contemporaneously at the time the work was performed.

8. The undersigned represents that the fees were calculated by multiplying the time spent by the attorney/staff member by the hourly rate the firm usually charges for that attorney/staff member. Specifically, the fees were calculated as follows:

   G. Donald Golden, Esquire:    0.5 hours @ $350.00 per hour = $175.00
   Joseph B. Battaglia, Esquire: 8.7 hours @ $200.00 per hour = $1,740.00
   Courtney B. Tinsley, FRP:     0.5 hours @ $100.00 per hour = $50.00

9. The undersigned requests that this Court find these fees reasonable.

WHEREFORE, the Plaintiff requests that this Honorable Court award Plaintiff her reasonable attorney's fees of $1,965.00 and costs of $385.00, and grant any other and further relief that this Court deems just and proper.

    Respectfully submitted,

    /s/ Joseph B. Battaglia
    Joseph B. Battaglia, Esquire
    Fla. Bar No.: 0058199
    joe@brandonlawyer.com
    THE GOLDEN LAW GROUP
    808 Oakfield Drive, Suite A

                Brandon, Florida 33511
                Telephone: (813) 413-8700
                Facsimile: (813) 413-8701
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY THAT, on this 31st day of May 2013, a true and correct copy of the foregoing has been provided via regular US mail, to:

| | |
|---|---|
| Commercial Recovery Systems, Inc. | Commercial Recovery Systems, Inc. |
| c/o CT Corporation System, Registered Agent | 8035 East RL Thornton Fwy, Ste 220 |
| 1200 S Pine Island Rd, Plantation, FL 33324 | Dallas TX 75228-7145 |

                /s/ Joseph B. Battaglia
                Joseph B. Battaglia, Fla. Bar No.: 0058199