Martinez v. Commercial Recovery Systems, Inc.    8:13-cv-391-T-30MAP

### FEES

| Date | Duration | Staff | Rate | Billed Amt | Description |
|---|---|---|---|---|---|
| 05/23/13 | 0.2 | JBB | $200.00 | $40.00 | tc w client re: default judgment and status of case |
| 05/21/13 | 0.1 | JBB | $200.00 | $20.00 | RV Final Default Judgment and Judgment in a Civil Case |
| 05/15/13 | 0.1 | JBB | $200.00 | $20.00 | RV and RSP to email from Kathryn Kimball re: fees/costs |
| 04/24/13 | 1.5 | JBB | $200.00 | $300.00 | continued draft of m4 default judgment. made revisions. prepared for e-filing. |
| 04/18/13 | 0.1 | JBB | $200.00 | $20.00 | RV email from client |
| 04/15/13 | 0.9 | JBB | $200.00 | $180.00 | began draft of motion for default judgment |
| 04/12/13 | 0.2 | JBB | $200.00 | $40.00 | tc w client. gave status update on case. she is receiving more calls. i asked her to email me numbers, dates, times. |
| 04/12/13 | 0.1 | JBB | $200.00 | $20.00 | RV email from client. creditor still calling her relatives. |
| 04/04/13 | 0.1 | JBB | $200.00 | $20.00 | Review clerk's entry of default |
| 04/03/13 | 0.1 | JBB | $200.00 | $20.00 | ECF file motion for default |
| 04/03/13 | 0.1 | JBB | $200.00 | $20.00 | RVd drafted Motion for Default. |
| 03/29/13 | 0.2 | CBT | $100.00 | $20.00 | Draft Motion for Clerks Entry of Default and sent to atty for review |
| 03/06/13 | 0.1 | CBT | $100.00 | $10.00 | Receive, review and file Return of Service from process server for service of defendant |
| 02/22/13 | 0.2 | CBT | $100.00 | $20.00 | Prepare and mail cover letter, complaint and summons to process server |
| 02/15/13 | 0.1 | JBB | $200.00 | $20.00 | RV email from client re case. fwd to CBT for status update to client. |
| 02/08/13 | 0.1 | JBB | $200.00 | $20.00 | rv email from client regarding [redacted] |
| 02/08/13 | 0.1 | JBB | $200.00 | $20.00 | rv and rsp to client's email regarding [redacted] |
| 02/06/13 | 0.3 | JBB | $200.00 | $60.00 | made minor revisions to factual allegations for clarity. prepared for filing. |
| 02/05/13 | 0.1 | JBB | $200.00 | $20.00 | rv and rsp to client's email. |
| 02/04/13 | 0.2 | JBB | $200.00 | $40.00 | RV client's email (facts alleged confirmed). rsp to client's email re: damages. |
| 02/01/13 | 0.2 | JBB | $200.00 | $40.00 | draft email to client enclosing factual allegations from complaint w/ instructions for confirmation |
| 02/01/13 | 0.6 | JBB | $200.00 | $120.00 | made edits to factual allegations pertaining to 1/10 and 1/15 phone calls |
| 01/30/13 | 0.1 | JBB | $200.00 | $20.00 | rev email from client detailing calls from IRS and calls to MIL's house |
| 01/29/13 | 0.1 | JBB | $200.00 | $20.00 | review email from client regarding her call to IRS and caller ID/HCSO |
| 01/28/13 | 0.1 | JBB | $200.00 | $20.00 | RV client's email containing information about call from hillsborough county sheriffs |
| 01/28/13 | 0.9 | JBB | $200.00 | $180.00 | added factual allegations to complaint based on recent events described in 1/25 email from client |
| 01/28/13 | 0.2 | JBB | $200.00 | $40.00 | RV email from client |
| 01/25/13 | 0.4 | JBB | $200.00 | $80.00 | Made revisions to draft of complaint |
| 01/17/13 | 0.1 | JBB | $200.00 | $20.00 | review email from client with details regarding call to her grandmother |
| 01/17/13 | 0.1 | JBB | $200.00 | $20.00 | review email from client from 1/16 regarding recent call about a "summons" |
| 01/16/13 | 1 | JBB | $200.00 | $200.00 | began initial draft of FDCPA complaint against CRS |
| 01/15/13 | 0.1 | JBB | $200.00 | $20.00 | draft email to client confirming receipt of narrative. advising of procedure forward. |
| 01/15/13 | 0.4 | JBB | $200.00 | $80.00 | Review narrative from client regarding CRS's alleged violations of FDCPA/FCCPA |
| 01/02/13 | 0.5 | GDG | $350.00 | $175.00 | Initial consultation with client |
| | | | | **$1,965.00** | Total Fees |

### COSTS

| Date | Billed Amt | Description |
|---|---|---|
| 02/05/13 | $350.00 | Civil Filing Fee |
| 02/22/13 | $35.00 | Service of Process |
| | **$385.00** | Total Costs |