**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JESSICA R MARTINEZ,**

    **Plaintiff,**

v.                                                                                       Case No.  8:13-cv-391-T-30MAP

**COMMERCIAL RECOVERY**
**SYSTEMS, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Award of Attorney's Fees & Costs (Dkt. 10).  The Court, having reviewed the motion, time records, and being otherwise advised in the premises, concludes the motion should be granted and an award of attorney's fees and costs should be entered in favor of Plaintiff in the amount of $2,350.00.

On May 21, 2013, the Court granted final default judgment on Plaintiff's claims for violations of the Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA").  The Court directed Plaintiff to file a motion for attorney's fees and costs within fourteen days of the date of that Order.  Plaintiff has timely complied with the deadline.

Both the FDCPA and the FCCPA allow an award of reasonable attorney's fees and costs. *See* 15 U.S.C. § 1692k(a)(3) & Fla. Stat. § 559.77(2). The Court finds the requested amounts of $1,965.00 and $385.00 to be reasonable attorney's fees and costs for this action.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Award of Attorney's Fees & Costs (Dkt. 10) is GRANTED.

2. The Clerk is directed to enter an award of attorney's fees and costs in favor of Plaintiff and against Defendant in the amount of $2,350.00.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-391.attyfees&costs.frm